KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CANDRA TYLER RAINEY,<br><br>            Debtor.<br>_____<br>JPMORGAN CHASE BANK, N.A. and its successors and/or assignees,<br><br>            Movant,<br><br>vs.<br><br>CANDRA TYLER RAINEY, Debtor, and Timothy W. Hoffman, Trustee,<br><br>            Respondents. | Bankruptcy Case No. 09-14106<br><br>RS No. KH-625<br><br>Chapter 7<br><br>**JPMORGAN CHASE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: February 25, 2010<br>TIME: 9:00 A.M.<br>CTRM: 205 |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

        JPMORGAN CHASE BANK, N.A., and its successors and/or assignees ("JPMORGAN CHASE"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 21522 MONTE VISTA, MONTE RIO, CA 95462.

        JPMORGAN CHASE requests relief from stay in the above numbered Chapter 7 case

| | |
|---|---|
| 1 | because there is no equity in the Property to benefit the Debtor or the estate and Movant's interest is not |
| 2 | protected by an adequate equity cushion.  The Property is being surrendered as stated in the Statement |
| 3 | of Intentions. |
| 4 |       This Motion is based upon the attached Declaration and the Memorandum of Points and |
| 5 | Authorities attached hereto, as well as upon the documents filed in support of the Motion. |
| 6 | DATED: January 27, 2010        Respectfully Submitted, |
| 7 |         MALCOLM ♦ CISNEROS, A Law Corporation |
| 8 | |
| 9 |         By:  /s/ *Kevin Hahn* |
| 10 |             KEVIN HAHN<br>            Attorneys for Movant |